THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC MCDONALD, Appellant. [793 NYS2d 816]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 12, 2003. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.